

DANIEL G. BOGDEN
United States Attorney
THOMAS DOUGHERTY
Assistant United States Attorney
333 S. Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | CR-S-04-0156-LDG(RJJ) |
| VS. | |
| RICHARD BARTON, | VIOLATIONS: 18 U.S.C. §§ 922(g)(1) & 924(a)(2) - Felon in Possession of Firearm and Ammunition |
| DEFENDANT. | 28 U.S.C. § 2461(c) & 21 U.S.C. § 853 - Forfeiture |

**THE GRAND JURY CHARGES THAT:**

On or about January 19, 2004, in the State and Federal District of Nevada,

**RICHARD BARTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, namely, a Derringer, .38 caliber, Model D38 pistol, Serial # F06568 and two rounds of Federal Brand .38 caliber ammunition, all of which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

. . .

. . .

. . .

. . .

## FORFEITURE ALLEGATION

As a result of the foregoing offense the defendant, **RICHARD BARTON,** shall forfeit to the United States all firearms and ammunition involved in the commission of the violation of Title 18, United States Code, Section 922(g)(1), alleged in this Indictment, including but not limited to the following:

1. A Derringer, .38 caliber, Model D38 pistol, Serial # F06568, and
2. Two rounds of Federal Brand .38 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922 (g)(1), 924(d), Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

**DATED:** this _21_ day of April 2004.

**A TRUE BILL:**

_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

_____
THOMAS S. DOUGHERTY
Assistant United States Attorney

2